UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Vincent Masino, Keith Loscalzo, Francisco
Fernandez, Anthony Fasulo, Philip A. Faicco
and James Kilkenny, *as Trustess and
Fiduciaries of the* Pavers and Road Builders
District Council Welfare, Pension, Annuity
and Apprenticeship, Skill Improvement and
Training Funds,

                       Plaintiffs,
- against -

Alza Construction Corp.,

                       Defendant.
------------------------------------------------------------x

ORDER
09-CV-4720 (NG)(RML)

GERSHON, United States District Judge:

The Report and Recommendations of the Hon. Robert M. Levy dated February 23, 2012, to which no objections have been filed, is adopted in its entirety. The court grants plaintiffs' motion for a default judgment and directs the Clerk of Court to enter judgment for $154,024.77 along with interest accruing at the rate of $30.24 per day from May 3, 2011, to the date of entry of judgment.

SO ORDERED.

/s/ Nina Gershon (electronically signed)
NINA GERSHON
United States District Judge

Dated:       Brooklyn, New York
               March 14, 2012