UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VINCENT MASINO, KEITH LOSCALZO,
FRANCISCO FERNANDEZ, ANTHONY
FASULO, PHILIP A. FAICCO and JAMES
KILKENNY, as Trustees and Fiduciaries of the
PAVERS AND ROAD BUILDERS DISTRICT
COUNCIL WELFARE, PENSION, ANNUITY
AND APPRENTICESHIP, SKILL
IMPROVEMENT AND TRAINING FUNDS,

                        Plaintiffs,

    -against-

ALZA CONSTRUCTION CORP.,

                        Defendant.
-----------------------------------------------------------------X

JUDGMENT
09-CV- 4720 (NG)

MAR 16 2012

       An Order of Honorable Nina Gershon, United States District Judge, having been filed on March 14, 2012, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge Robert M. Levy, dated February 23, 2012; granting Plaintiffs' motion for default judgment; directing the Clerk of Court to enter judgment awarding Plaintiffs (a) $107,759.20 in unpaid contributions; (b) $15,822.02 in interest on unpaid contributions; (c) $21,551.84 in liquidated damages; (d) $8,406.71 in legal fees; and (e) $485.00 in costs, for a award of $154,024.77; further, ordering that interest continue to accrue at the rate of $30.24 per day form May 3, 2011 to the date of entry of judgment, which interest equals $9,616.32; it is

       ORDERED, ADJUDGED AND DECREED that Plaintiffs' motion for default judgment is granted; and that judgment is hereby entered in favor of Plaintiffs Vincent Masino,

Keith Loscalzo, Francisco Fernandez, Anthony Fasulo, Philip A. Faicco and James Kilkenny, as Trustees and Fiduciaries of the Pavers and Road Builders District Council Welfare, Pension, Annuity and Apprenticeship, Skill Improvement and Training Funds and against Defendant Alza Construction Corp., for a total award of $163,641.09.

Dated: Brooklyn, New York  
March 16, 2012

Douglas C. Palmer  
Clerk of Court  
s/MG

by: Michele Gapinski  
Chief Deputy for  
Court Operations